■ In the Matter of ALAN BUXTON, a Resigned Attorney.— Application for reinstatement granted to the extent of advis-

ing petitioner that he will be reinstated as an attorney and counselor-at-law in the State of New York upon furnishing to this court proof of his successful completion of the New York State Bar Examination, and upon the further order of this court. Concur—Kupferman, J. P., Ross, Asch, Rosenberger and Ellerin, JJ.